UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Taylor,

                          Plaintiffs,                  **O R D E R**

        - against -

                                                    7:17-cv-09244 (CS)

North American Recovery, et al.,

                          Defendants.
-----------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated: White Plains, New York
       March 26, 2018

                                                           _____
                                                            CATHY SEIBEL, U.S.D.J.